IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TOMMY J. MAY,

    Plaintiff,

    v.                                          Case No. 22-3198-JWL-JPO

(FNU) BUNTING, ET AL.,

    Defendants

## MEMORANDUM AND ORDER

This matter is a civil rights action filed under 42 U.S.C. § 1983. Plaintiff is proceeding pro se and in forma pauperis. The matter is before the court on plaintiff's motion to appoint counsel.

There is no constitutional right to the appointment of counsel in a civil matter. *Carper v. Deland*, 54 F.3d 613, 616 (10th Cir. 1995); *Durre v. Dempsey*, 869 F.2d 543, 547 (10th Cir. 1989). Rather, the decision whether to appoint counsel in a civil action lies in the discretion of the district court. *Williams v. Meese*, 926 F.2d 994, 996 (10th Cir. 1991). The party seeking the appointment of counsel has the burden to convince the court that the claims presented have sufficient merit to warrant the appointment of counsel. *Steffey v. Orman*, 461 F.3d 1218, 1223 (10th Cir. 2016)(citing *Hill v. SmithKline Beecham Corp.*, 393 F.3d 1111, 1115 (10th Cir. 2004)). It is not enough "that having counsel appointed would have assisted [the movant] in presenting his strongest possible case, [as] the same could be said in any case." *Steffey*, 461 F.3d at 1223 (citing *Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995)). The court should consider "the merits of the prisoner's claims, the nature and complexity of the factual and legal issues, and the prisoner's ability to investigate the facts and present his claims." *Rucks*, 57 F.3d at 979.

The court has considered the complaint and finds that plaintiff is able to clearly explain his claims for relief and that the facts do not appear to be unusually complicated. Finally, because an order to show cause is pending in this matter, it does not appear that this matter has yet survived initial screening. For these reasons, the court concludes that the appointment of counsel is not warranted at this time.

THE COURT THEREFORE ORDERS that plaintiff's motion to appoint counsel (Doc. 3) is denied.

IT IS SO ORDERED.

Dated: September 27, 2022          /s/ James P. O'Hara
                                   JAMES P. O'HARA
                                   UNITED STATES MAGISTRATE JUDGE