23, 1:33 PM                                   Kansas Department of Corrections

# Names

| Name Type  | Name         |
|------------|--------------|
| Conviction | MAY, TOMMY   |
| True       | MAY, TOMMY J |
| Alias      | CIX, MAY     |

# Birthdates

| Birthdate Type | Birthdate     | Age |
|----------------|---------------|-----|
| True           | Sep 01, 1959  | 63  |



(/kasper/search/image?kdocNumber=0041527&imageNumber=1)

**MAY, TOMMY**

**Approx Picture Date**

~~2020-12-23~~

(/kasper/search/image?kdocNumber=0041527&imageNumber=2)

**MAY, TOMMY**

**Approx Picture Date**

2020-12-23

# Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race  |
|-----------|------------|--------|--------|--------|-------|
| Brown     | Black      | 6'-3"  | 215    | Male   | Black |

# Current Status reported by Dept. of Corrections

**Work or Program Participation** Not Working

**Earliest Possible Release Date (1)**

**Current Status** Incarcerated

**Admission Date** Dec 23, 2020

**Current Location (2)** El Dorado CF-Central (http://www.doc.ks.gov/facilities/edcf)

**Custody Level** High Medium

(1) This date could be affected by a parole board decision or good time and/or program credit.
(2) Click on Location for the Facility web site.

**EXHIBIT 1**

# Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Saline | 04CR82 | Jan 02, 2004 | Sep 13, 2004 | N/A | Robbery | 1 | Non Drug-Grid Severity Level 5 | Active | KS |
| Douglas | 18CR728 | Jul 02, 2018 | Dec 14, 2020 | Attempted | Murder in the second degree - intent | 1 | Non Drug-Grid Severity Level 3 | Active | KS |
| Douglas | 18CR728 | Jul 02, 2018 | Dec 14, 2020 | N/A | Criminal Damage to Property; GT $1000 LT$25,000 | 1 | Non Drug-Grid Severity Level 9 | Active | KS |
| Douglas | 18CR728 | Jul 02, 2018 | Dec 14, 2020 | Attempted | Murder in the First Degree | 1 | Non Drug-Grid Severity Level 1 | Active | KS |
| Douglas | 18CR728 | Jul 02, 2018 | Dec 14, 2020 | N/A | Criminal Possess weapon felon/5 years non firearm | 1 | Non Drug-Grid Severity Level 8 | Active | KS |
| Douglas | 18CR728 | Jul 02, 2018 | Dec 14, 2020 | N/A | Poss of opiates,opium, narc drugs or desig stim | 1 | Drug-grid Severity Level 5 | Active | KS |
| Douglas | 18CR728 | Jul 02, 2018 | Dec 14, 2020 | N/A | Flee/attempt to elude LEO 3rd conviction | 1 | Non Drug-Grid Severity Level 9 | Active | KS |
| Douglas | 18CR728 | Jul 02, 2018 | Dec 14, 2020 | N/A | Criminal Damage to Property; GT $1000 LT$25,000 | 1 | Non Drug-Grid Severity Level 9 | Active | KS |

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Douglas | 18CR728 | Jul 02, 2018 | Dec 14, 2020 | N/A | Obstruct Legal Process or Official Duty - felony | 1 | Non Drug-Grid Severity Level 9 | Active | KS |
| Douglas | 18CR728 | Jul 02, 2018 | Dec 14, 2020 | N/A | Agg Battery State,County/City LEO w/motor vehicle | 1 | Non Drug-Grid Severity Level 3 | Active | KS |
| Douglas | 18CR728 | Jul 02, 2018 | Dec 14, 2020 | N/A | Criminal Damage to Property; GT $1000 LT$25,000 | 1 | Non Drug-Grid Severity Level 9 | Active | KS |
| Sedgwick | 84CR740 | Jun 25, 1984 | Sep 21, 1984 | N/A | Aggravated Robbery | 1 | Class B Felony | Active | KS |
| Sedgwick | 84CR740 | Mar 25, 1984 | Sep 21, 1984 | N/A | Aggravated Robbery | 1 | Class B Felony | Active | KS |

(I) If Number includes JV : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

# KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| El Dorado CF-Central | Feb 01, 2022 | Inter-Facility Movement |
| Lansing CF-Central | Oct 14, 2021 | Inter-Facility Movement |
| El Dorado CF-Central | Feb 01, 2021 | Inter-Facility Movement |
| El Dorado CF-RDU | Dec 23, 2020 | Parole Viol. New Sentence |
| Douglas County | Jul 06, 2018 | DOC Warrant Issued |
| Douglas County | Jul 03, 2018 | DOC Warrant Issued |
| Douglas County | Jul 02, 2018 | Intra-parole/CR |
| Douglas County | Jun 06, 2018 | Intra-parole/CR |

| Location | Movement Date | Movement Reason |
|---|---|---|
| Leavenworth County | Aug 18, 2017 | Paroled In-State |
| Lansing CF-Central | Aug 28, 2014 | Inter-Facility Movement |
| Ellsworth CF | Sep 19, 2013 | Inter-Facility Movement |
| El Dorado CF-Central | May 30, 2006 | Inter-Facility Movement |
| Lansing CF-Central | May 23, 2006 | Inter-Facility Movement |
| El Dorado CF-Central | Apr 27, 2006 | Inter-Facility Movement |
| Lansing CF-Central | Dec 01, 2004 | Inter-Facility Movement |
| El Dorado CF-RDU | Sep 29, 2004 | Cond Rel Viol. No New Sentence |
| Saline County | Jan 21, 2004 | DOC Warrant Issued |
| Saline County | Jan 12, 2004 | Intra-parole/CR |
| Saline County | Jan 05, 2004 | Intra-parole/CR |
| Saline County | Aug 25, 2003 | Intra-parole/CR |
| Sedgwick County | Feb 25, 2003 | Paroled In-State |
| Lansing CF-Central | May 02, 2002 | Parole Viol. No New Sentence |
| Michigan State | Apr 08, 2002 | DOC Warrant Issued |
| Unknown or N/A | Jun 25, 2001 | Absconded |
| Shawnee County | May 23, 2001 | Paroled In-State |
| Norton CF-Central | Jan 17, 2001 | Inter-Facility Movement |
| Topeka CF-RDU | Dec 19, 2000 | Parole Viol. No New Sentence |
| Michigan State | Sep 22, 2000 | DOC Warrant Issued |
| Michigan State | Oct 13, 1998 | Out-of-State Parole |
| Lansing CF-Central | Mar 27, 1998 | Inter-Facility Movement |
| Topeka CF-RDU | Mar 26, 1998 | Inter-Facility Movement |
| Sedgwick County | Mar 22, 1998 | Intra-Facility Movement |
| Wichita-Work Release Center | Mar 12, 1998 | Inter-Facility Movement |
| Winfield CF | Dec 16, 1997 | Inter-Facility Movement |
| Lansing CF-East | Nov 05, 1997 | Inter-Facility Movement |

| Location | Movement Date | Movement Reason |
|---|---|---|
| Lansing CF-Central | Apr 06, 1993 | Inter-Facility Movement |
| Hutchinson CF-Central | Feb 28, 1992 | Inter-Facility Movement |
| Norton CF-Central | Apr 01, 1991 | Inter-Facility Movement |
| Hutchinson CF-Central | Jun 19, 1990 | Inter-Facility Movement |
| Ellsworth CF | Nov 27, 1989 | Inter-Facility Movement |
| Lansing CF-Central | Aug 18, 1987 | Returned From Court Appearance |
| Sedgwick County | Jul 27, 1987 | Released For Court Appearance |
| Lansing CF-Central | Jun 20, 1986 | Returned From Court Appearance |
| Sedgwick County | Mar 24, 1986 | Released For Court Appearance |
| Lansing CF-Central | Nov 15, 1984 | Inter-Facility Movement |
| Topeka CF-RDU | Oct 18, 1984 | Inter-Facility Movement |
| Lansing CF-Central | Oct 05, 1984 | New Court Commitment |

# KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| Jan 21, 2021 | 2 | El Dorado Correctional Fac. - RDU | Violation of Published Orders |
| Dec 30, 2016 | 2 | Lansing Correctional Facility - Central | Disruptive Behavior |
| Aug 31, 2016 | 1 | Lansing Correctional Facility - Central | Threaten or Intim Any Person |
| Aug 31, 2016 | 1 | Lansing Correctional Facility - Central | Battery |
| Aug 31, 2016 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Aug 04, 2014 | 1 | Ellsworth Correctional Facility | Battery |
| Feb 29, 2012 | 3 | El Dorado Correctional Fac. - Central | Restr Area/Unauthor Presence |
| Jan 06, 2010 | 2 | El Dorado Correctional Fac. - Central | Restr Area/Unauth Presence |
| Apr 14, 2008 | 3 | El Dorado Correctional Fac. - Central | Restr Area/Unauthor Presence |
| Dec 16, 2006 | 3 | El Dorado Correctional Fac. - Central | Restr Area/Unauthor Presence |
| Dec 07, 2005 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |

1/13/23, 1:33 PM                                                           Kansas Department of Corrections

| Date | Class | Location | Type of report |
|---|---|---|---|
| Mar 22, 1998 | 1 | Wichita Work Release Facility | Threaten or Intim Any Person |
| Oct 12, 1996 | 2 | Lansing Correctional Facility - Central | Violation of Published Orders |
| Jun 27, 1996 | 1 | Lansing Correctional Facility - Central | Threaten or Intim Any Person |
| Jun 27, 1996 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |